UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br>  Plaintiff,<br>  v.<br>TESLA MOTORS, INC.,<br>  Defendant. | Case No. 23-cv-00067-NC<br><br>**ORDER TO SHOW CAUSE AS TO WHY THIS CASE SHOULD NOT BE TRANSFERRED TO THE OAKLAND DIVISION**<br><br>Re: ECF 1 |

Plaintiff George Jarvis Austin filed a complaint, alleging various labor violations by Defendant Tesla Motors, Inc. ECF 1. The Court ORDERS Austin to show cause as to why this matter should not be transferred to the Oakland Division of the Northern District of California pursuant to Civil Local Rule 3-2.

A civil action may be brought before a district court in the judicial district where "a substantial part of the events . . . giving rise to the claim occurred." 28 U.S.C. § 1391. Civil Local Rule 3-2(c) provides that cases not designated as district-wide pursuant to General Order No. 44 must be assigned "to the court division serving the county in which the action arises." The rule continues that "all actions that arise in the count[y] of Alameda . . . shall be assigned to the San Francisco or the Oakland Division." Civil L.R. 3-2(d).

In the complaint, Austin alleges his injuries arose in the Tesla Fremont factory

located in Alameda County.  *Id.* at 3.  Accordingly, Austin is ORDERED TO SHOW CAUSE as to why this action should not be transferred to the Oakland Division since his injuries occurred within that Division's jurisdiction.  Plaintiff must show cause in writing by January 24, 2023.  Because Austin is not represented by counsel, he may wish to seek assistance from the Federal Pro Se Program by calling 408-297-1480.

**IT IS SO ORDERED.**

Dated:  January 10, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge