| | |
|---|---|
| 1 | TIMOTHY T. KIM (SBN 314365) |
| 2 | **TESLA, INC.**<br>31353 Huntwood Avenue |
| 3 | Hayward, California 94544<br>Telephone:    510 • 737 • 1281 |
| 4 | timkim@tesla.com |
| 5 | *Attorney for Defendant*, |
| 6 | TESLA, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>         Plaintiff,<br><br>   v.<br><br>TESLA MOTORS, INC. (TESLA, OR TSLA as publicly Traded), et al.,<br><br>         Defendants. | Case No. 3:23-cv-00067-AGT<br><br>*Assigned to the Hon. Alex G. Tse; Courtroom A*<br><br>**DECLARATION OF TIMOTHY T. KIM IN SUPPORT OF TESLA, INC.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:         November 15, 2024<br>Time         10:00 AM<br>Location:   San Francisco Courthouse<br>                  450 Golden Gate Avenue<br>                  15th Floor, Courtroom A<br>                  San Francisco, CA 94102<br><br>*[Filed concurrently with Notice of Motion and Motion for Summary Judgment, or in the Alternative, Summary Adjudication; Memorandum of Points and Authorities In Support; Declarations of Steve Andersen, Jose Mendiola, and Vince Woodard; [Proposed] Order]*<br><br>Complaint Filed:         January 6, 2023<br>Trial Date:                  None Set |

## DECLARATION OF TIMOTHY T. KIM

I, Timothy T. Kim, declare:

1. I am an attorney at law, duly licensed to practice in this Court and before all Courts in the State of California. I am over the age of 18 and make this Declaration based on my personal knowledge and review of documents maintained in the usual course of business. If called to testify as a witness I could and would competently testify thereto.

2. I am a Sr. Corporate Counsel, Employment Litigation, for Defendant Tesla, Inc. ("Tesla") in connection with the above-captioned matter. I began working for Tesla on November 7, 2022. I am a custodian of records for Tesla and as such am authorized to execute this declaration in support of Tesla's Motion for Summary Judgment. As a Tesla custodian of records, I am familiar with the retrieval of corporate documents. Moreover, as part of my job duties, I am required to investigate and retrieve such business records, including any that may be related to Plaintiff George Austin ("Austin").

3. I downloaded the following documents from PACER from *Austin v. Tesla, Inc. et al*, United States District Court, Northern District of California, Case No. 3:20-cv-00800-EMC ("*Austin I*"), true and correct copies of which are attached as follows:

4. **Exhibit A**: Complaint filed by Plaintiff George Jarvis Austin ("Plaintiff") on February 3, 2020 in *Austin*.

5. **Exhibit B**: Report and Recommendations filed by Chief Magistrate Judge Joseph C. Spero on May 6, 2020 in *Austin I*.

6. **Exhibit C**: First Amended Complaint filed by Plaintiff on June 26, 2020 in *Austin I*.

7. **Exhibit D**: Order filed by Judge Edward M. Chen in *Austin I*.

8. **Exhibit E**: Memorandum filed by the United States Court of Appeals for the Ninth Circuit on June 28, 2022.

9. **Exhibit F**: Order filed by the United States Court of Appeals for the Ninth Circuit on September 29, 2022.

10. After a diligent search and reasonable inquiry, Tesla produced all non-privileged records in its possession, custody, or control that related to Plaintiff's work at Tesla on August 4,

2023.  In total, Tesla uncovered and produced more than 3,300 pages of documents responsive to the Court's order.  Tesla did not uncover any additional responsive documents to performance evaluations, timekeeping records, OSHA records, or injury reports related to Austin's contract work at Tesla.  Rather, the vast majority of these documents consisted of the extensive and voluminous emails that Plaintiff had sent to various Tesla employees and/or aliases unrelated to his actual day-to-day duties as a contractor.  In these emails, which I have personally reviewed, Austin complained about a variety of issues to Tesla personnel, including issues related to his timecards and overtime pay, Austin never made any complaints to Tesla alleging discrimination or harassment on the basis of his race, or otherwise complained about racially derogatory language used in the factory, during the course of his contract assignment.

11.     Austin has not filed a claim with the California Civil Rights Department (including the Department of Fair Employment & Housing, its predecessor) or the Equal Employment Opportunity Commission alleging discrimination or harassment on the basis of race.

12.     As part of my job duties, I have access to the company's internal email correspondence between its employees.  Attached hereto as **Exhibit G** are true and correct copies of email correspondence between Tesla employees memorializing the reasons for Austin's contract assignment termination.  Nowhere in these emails does anyone at Tesla refer to Austin as a "criminal."

13.     Throughout the course of this litigation, Tesla has repeatedly advised Austin that his actual employer-of-record was Balance Staffing, that Balance Staffing was responsible for maintain his personnel file, and that requests for personnel files should be directed to Balance Staffing.

14.     On August 12, 2024, Austin appeared for his deposition in this matter.  A true and correct copy of relevant excerpts from the deposition are attached herein as **Exhibit H**.  During the course of the deposition, Austin confirmed that he was provided and used a Tesla email account using the email address geaustin@tesla.com.  Austin was then presented with a copy of an email, marked as Exhibit 3 in the deposition, that he sent on January 16, 2020 at 5:20 a.m. Coordinated Universal Time ("UTC").  I am informed and believe that same time in Pacific Standard Time ("PST") would be January 15, 2020 at 10:20 p.m.  Austin was provided an opportunity to review the

email, and after reviewing the email, Austin confirmed that he had authored this email. A true and correct copy of this email is attached to the Declaration of Vincent Woodard as **Exhibit I.**

15. Attached as **Exhibit J** is a true and correct copy of Rule 56 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on September 6, 2024 at Hayward, California.

*/s/ Timothy T. Kim*
Timothy T. Kim