# EXHIBIT G

**From:** Steve Andersen <standersen@tesla.com>
**Sent:** Monday, January 20, 2020 12:11 AM UTC
**To:** Vincent Woodard <vwoodard@tesla.com>
**Subject:** Re: Recording Conversation

He was not specific on which conversation just that he had recorded conversation. I had a conversation with him and Jose so I am thinking this was his reference.

Sent from my iPhone

On Jan 18, 2020, at 6:36 PM, Vincent Woodard <vwoodard@tesla.com> wrote:

Steve was it only you that George Austin recorded a conversation without your consent?

**Vince Woodard**| **Sr. HR Manager**
45500 Fremont Blvd, Fremont, CA 94538
Cell.+1 (615) 712-3232  |  vwoodard@tesla.com

<image003.png>

TESLA_GA3310

**From:** Vincent Woodard <vwoodard@tesla.com>
**Sent:** Friday, January 17, 2020 1:30 AM UTC
**To:** alexandra.iten@balancestaffing.com <alexandra.iten@balancestaffing.com>
**CC:** Vincent Woodard <vwoodard@tesla.com>
**Subject:** George Austin Temporary Assignment Being Ended

Alexandra, this e-mails serves to confirm that Mr. Austin's temporary assignment with Tesla is being ended due to his admitted misconduct of recording conversations without obtaining the consent of the other party in violation of California law.  This behavior was also confirmed by the supervisor in the department who was recorded without his consent.

**Vince Woodard | Sr. HR Manager**
45500 Fremont Blvd, Fremont, CA 94538
Cell. +1 (615) 712-3232  |  vwoodard@tesla.com

