# EXHIBIT I

**From:** George Austin [C] <geaustin@tesla.com>
**Sent:** Thursday, January 16, 2020 5:20 AM UTC
**To:** Vincent Woodard <vwoodard@tesla.com>; Brandie To <bto@tesla.com>
**CC:** Jeremy Alinea <jalinea@tesla.com>; Freddy Rivera <frivera@tesla.com>; Jose Mendiola <jomendiola@tesla.com>; Steve Andersen <standersen@tesla.com>; Danny Sakar <dsakar@tesla.com>; Joseph Genson <jogenson@tesla.com>; Jerome Guillen <jerome@tesla.com>; Elon Musk <erm@tesla.com>; Bert Bruggeman <bbruggeman@tesla.com>
**Subject:** Re: Badging Issues Follow Up - Vince Woodard

Good Evening, Vince

I hope this finds you phenomenally well and blessed beyond measure (as am I).

Why would my badge be affected, at all?

Was that action an instruction by you, or someone else?

Where's the confirmation email as promised in the meeting by you?

I utilized different services Tesla offers all the time, on and off shift as encouraged to do so in training, and throughout my time there.  Why wouldn't I?

Further, I do have a specific reason this time, as my pay has been off for multiple weeks, and to ensure my timecard is correct?  Why wouldn't I be welcome at my place of employment?

FYI.  I meticulously documented, and recorded, our meeting (and previous ones) for assurance (given the context I mentioned) and received multiple reassurances from you directly.

Due to the doctrine of respond eat superior these types of patterns are further magnifying legal liability for larger Tesla Company with issues like Wage Theft, a hostile work environment, discrimination, and others, unfortunately, with Steve, and Jose.  Both you and Temp Agency would be liable (just so you know).

https://www.businessinsider.com/tesla-reaches-13-million-settlement-with-former-contract-worker-2019-5

These type of violations have a fairly long statute of limitations and jury's tend not to favor companies in these scenarios.

What's going on, as mentioned a written record is key, from all parties?

Thank you,

George J. Austin, esq. (TBA).

---

**From:** Vincent Woodard <vwoodard@tesla.com>
**Sent:** Wednesday, January 15, 2020 8:49:41 PM
**To:** George Austin [C] <geaustin@tesla.com>; Brandie To <bto@tesla.com>
**Cc:** Jeremy Alinea <jalinea@tesla.com>; Freddy Rivera <frivera@tesla.com>; Jose Mendiola <jomendiola@tesla.com>; Steve Andersen <standersen@tesla.com>; Danny Sakar <dsakar@tesla.com>; Joseph Genson <jogenson@tesla.com>; Jerome Guillen <jerome@tesla.com>; Valerie Workman <vworkman@tesla.com>
**Subject:** Re: Badging Issues Follow Up - Vince Woodard

George I am confused as to why you are at the facility.  In my conversation with you and the representative of your employer (Alexandra from Balance Staffing) yesterday, I informed you that I would be following up with you on Friday.  It was further my understanding that yesterday was your last workday of the week.  I committed to following up on the issue of you potentially missing pay for overtime hours you worked and get the concern resolved by Friday, when I followed up with you and your employer.  There is no reason for you to be at the facility tonight and I will be following up with you on Friday regarding the concerns that you brought to my attention.

Get Outlook for iOS

---

**From:** George Austin [C] <geaustin@tesla.com>
**Sent:** Wednesday, January 15, 2020 8:27:23 PM
**To:** Brandie To <bto@tesla.com>; Vincent Woodard <vwoodard@tesla.com>
**Cc:** Jeremy Alinea <jalinea@tesla.com>; Freddy Rivera <frivera@tesla.com>; Jose Mendiola <jomendiola@tesla.com>; Elon Musk <erm@tesla.com>; Steve Andersen <standersen@tesla.com>; Danny Sakar <dsakar@tesla.com>; Joseph Genson <jogenson@tesla.com>; Bert Bruggeman <bbruggeman@tesla.com>; Jerome Guillen <jerome@tesla.com>
**Subject:** Badging Issues Follow Up - Vince Woodard

Good Evening, Vince

I hope this finds you phenomenally well and blessed beyond measure (as am I).



Exhibit #

Austin 3

8/12/2024 - KM

TESLA_GA3252

I still haven't received your confirmation email, yet.

I'm here on site following up to make sure my time card was correct for the week and had trouble gaining access.

Security said to follow up with the Supervisor - I texted Jose, but haven't received a response, yet.

I went to badging and called security, and they said to follow up with someone on your team - Jeremy Alinea - cc'd here.

I'm a bit more confused now after the very positive conversation and reassurance that you gave yesterday.  Again, when we met, we were there to only to discuss Conversion, and issues that I was concerned about.  You said Steve's behavior was strange.

Why would my badge be deactivated after I was instructed by you and Balance to take the rest of the day off fully paid, and reassured the entire meeting was not at all disciplinary(in origination, in action, or in intent/purpose), and only to address my questions that we had already been in discussion about?

The only reason for initiating the conversation with your colleague Brandie was based on Bert Bruggeman's recommendation that I speak with Brandie, and then you (see attached text)?

What's going on?  This is very strange (on multiple levels).

Thank you,

George J. Austin, esq. (TBA).

TESLA_GA3253