TIMOTHY T. KIM (SBN 314365)
**TESLA, INC.**
31353 Huntwood Avenue
Hayward, California 94544
Telephone:      510 • 737 • 1281
timkim@tesla.com

*Attorney for Defendant*,
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>Plaintiff,<br><br>v.<br><br>TESLA MOTORS, INC. (TESLA, OR TSLA as publicly Traded), et al.,<br><br>Defendants. | Case No. 3:23-cv-00067-AGT<br><br>*Assigned to the Hon. Alex G. Tse; Courtroom A*<br><br>**DEFENDANT TESLA, INC.'S NOTICE OF ERRATA RE MOTION FOR SUMMARY JUDGMENT OPPOSITION AND REPLY DEADLINES**<br><br>Complaint Filed:      January 6, 2023<br>Trial Date:      None Set |

DEFENDANT TESLA, INC.'S NOTICE OF ERRATA TO MOTION FOR SUMMARY JUDGMENT
OPPOSITION AND REPLY DEADLINES

**TO THE COURT AND PLAINTIFF OF RECORD:**

Defendant Tesla, Inc. ("Tesla") submits the Notice of Errata re Motion for Summary Judgment Opposition and Reply Deadlines.

The docket text for Dkt. 214 erroneously notes that any responses to Tesla's Motion for Summary Judgment are due by September 20, 2024 and any replies are due by September 27, 2024. Pursuant to the Court's Order Granting Defendant's Motion to Continue Briefing Schedule, Plaintiff's Opposition deadline is October 4, 2024 and Tesla's Reply deadline is October 18, 2024. *See* Dkt. 199.

DATED:  September 12, 2024                    **TESLA, INC.**

                                              By:    */s/ Timothy T. Kim*
                                                     Timothy T. Kim
                                                     Attorney for Defendant
                                                     TESLA, INC.

DEFENDANT TESLA, INC.'S NOTICE OF ERRATA TO MOTION FOR SUMMARY JUDGMENT
OPPOSITION AND REPLY DEADLINES