1  TIMOTHY T. KIM (SBN 314365)
2  **TESLA, INC.**
   31353 Huntwood Avenue
3  Hayward, California 94544
   Telephone:     510 • 737 • 1281
4  timkim@tesla.com

5  *Attorney for Defendant*,
   TESLA, INC.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

| 11 | GEORGE JARVIS AUSTIN, | Case No. 3:23-cv-00067-AGT |
|---|---|---|
| 12 | Plaintiff, | *Assigned to the Hon. Alex G. Tse; Courtroom A* |
| 13 | v. | |
| 14 | TESLA MOTORS, INC. (TESLA, OR TSLA as publicly Traded), et al., | **DEFENDANT TESLA, INC.'S REPLY TO PLAINTIFF GEORGE AUSTIN'S OPPOSITION TO MOTION TO COMPEL DISCOVERY AND DEPOSITION TESTIMONY** |
| 15 | | |
| 16 | Defendants. | |
| 17 | | Date:        October 4, 2024<br>Time:        10:00 AM<br>Location:   San Francisco Courthouse |
| 18 | | 450 Golden Gate Avenue<br>15th Floor, Courtroom A |
| 19 | | San Francisco, CA 94102 |
| 20 | | |
| 21 | | Complaint Filed:     January 6, 2023<br>Trial Date:              None Set |

Defendant Tesla, Inc. hereby submits its Reply to Plaintiff George Austin's Opposition to Tesla's Motion to Compel Discovery and Deposition Testimony to make the following points to the Court:

1. Plaintiff acknowledges that he is refusing to produce otherwise responsive documents on the basis of a privacy objection. Plaintiff's privacy interests have been waived by virtue of the claims and damages he seeks in this lawsuit.

2. Plaintiff again refers to his filings as evidence of his document production, but Plaintiff's filings do not include the documents and information actually sought by Tesla in its Motion.

3. Plaintiff did not address Tesla's request to compel further deposition testimony from him except to mention that he has already been deposed.

For the foregoing reasons, and as further detailed in Tesla's moving papers, this Court should grant Tesla's Motion to Compel Discovery and Deposition Testimony.

DATED: September 20, 2024            **TESLA, INC.**

                                               By:    */s/ Timothy T. Kim*
                                                                Timothy T. Kim
                                                                Attorney for Defendant
                                                                TESLA, INC.