1 | TIMOTHY T. KIM (SBN 314365)
**TESLA, INC.**
2 | 31353 Huntwood Avenue
3 | Hayward, California 94544
Telephone:     510 • 737 • 1281
4 | timkim@tesla.com

5 | *Attorney for Defendant*,
TESLA, INC.
6 |

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 |

11 | GEORGE JARVIS AUSTIN,                    Case No. 3:23-cv-00067-AGT

12 |              Plaintiff,                  *Assigned to the Hon. Alex G. Tse; Courtroom A*

13 |       v.                                 **DECLARATION OF TIMOTHY T. KIM IN SUPPORT OF DEFENDANT TESLA, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE, SUPPRES, REMOVE TSLA'S INCORRECTLY (LATE) FILED [AFTER DISCOVERY DEADLINE)**

14 | TESLA MOTORS, INC. (TESLA, OR
15 | TSLA as publicly Traded), et al.,

16 |              Defendants.

Date:          October 25, 2024
17 | Time:          10:00 AM
Location:      San Francisco Courthouse
18 |                450 Golden Gate Avenue
                15th Floor, Courtroom A
19 |                San Francisco, CA 94102

20 | Complaint Filed:          January 6, 2023
Trial Date:               None Set
21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

DECLARATION OF TIMOTHY T. KIM IN SUPPORT OF DEFENDANT TESLA, INC.'S OPPOSITION TO
PLAINTIFF'S MOTION TO STRIKE

<strong><u>DECLARATION OF TIMOTHY T. KIM</u></strong>

I, TIMOTHY T. KIM, declare:

1.      I am an attorney admitted to practice in California and in this Court, and employed as Sr. Corporate Counsel, Employment Litigation, by Tesla, Inc. ("Tesla") I have personal knowledge of the facts in this Declaration, and if called on, could and would testify to them.

2.      Austin has long been aware that Vincent Woodard, Jose Mendiola, and Steve Andersen were involved in the decision to terminate his assignment from Tesla.  These individuals were identified in Tesla's document production that were served as part of Tesla's initial disclosures.

3.      Tesla took Austin's deposition on August 12, 2024.  During the course of his deposition, Austin identified Vincent Woodard, Jose Mendiola, and Steven Andersen as witnesses to his claims.  A true and correct copy of relevant excerpts from the deposition are attached as **<u>Exhibit A</u>**.

4.      Austin, however, has not served any discovery on Tesla, nor has he attempted to schedule any depositions.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed on September 20, 2024, at Hayward, California.

*/s/ Timothy T. Kim*
TIMOTHY T. KIM

DECLARATION OF TIMOTHY T. KIM IN SUPPORT OF DEFENDANT TESLA, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

# EXHIBIT A

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3

4      GEORGE JARVIS AUSTIN,

5                     Plaintiff,

6          vs.                    Case No. 3:23-cv-00067-AGT

7      TESLA MOTORS, INC. (TESLA or

8      TSLA as publicly traded), et al,

9                     Defendants.

10     _____

11     VOLUME II

12              CONTINUING VIDEOTAPED DEPOSITION OF

13                   GEORGE   JARVIS AUSTIN

14                   Monday, August 12, 2024

15

16

17     Job No.:  549442

18     Pages:  46 - 289

19     Stenographically Reported By:

20     Alison C. Webster, CSR-6266, RPR, RMR, CRR, RDR

21

22

23

24

25

1

2

3

4      Videotaped deposition of GEORGE AUSTIN, produced as a

5   witness at the instance of the Defendant, and duly sworn,

6   was taken in the above-styled and numbered cause on Monday,

7   August 12, 2024, from 3:58 p.m. to 8:58 p.m. Eastern Time,

8   before Alison C. Webster, RPR, CRR, RMR, RDR, CSR-6266

9   (Michigan); License No. 14559 (California); License No.

10  084.004953 (Illinois); License No. 23001848 (Washington);

11  CSR-12432 (Texas), reported by stenographic method, via

12  videoconference, pursuant to the Federal Rules of Civil

13  Procedure and the provisions stated on the record or

14  attached hereto.

15

16

17

18

19

20

21

22

23

24

25

1                    A P P E A R A N C E S

2

3

4    ON BEHALF OF THE DEFENDANTS

5        TIMOTHY T. KIM, ESQUIRE

6        Tesla, Inc.

7        31353 Huntwood Avenue

8        Hayward, California 94544

9        510.737.1291

10       timkim@tesla.com

11

12

13

14   ALSO PRESENT:

15   Mindy Maesato - Tesla

16   Parker Simpson, video technician

17

18

19

20

21

22

23

24

25

```
 1              T A B L E   O F   C O N T E N T S

 2

 3   Witness                              Page

 4   GEORGE AUSTIN

 5

 6   EXAMINATION

 7   BY MR. KIM:                          53

 8

 9                 E X H I B I T   I N D E X

10

11   Exhibit                              Page

12   (Exhibits attached to transcript.)

13

14   EXHIBIT 1                            58

15   Defendant Tesla, Inc.'s Notice of

16   Continued Deposition of Plaintiff

17   George Jarvis Austin and Request For

18   Production of Documents

19   EXHIBIT 2                            68

20   Email, Re: 100k Deliveries!

21   TESLA_GA000045

22   EXHIBIT 3                            76

23   Email, Re: Badging Issues Follow Up -

24   Vince Woodard, TESLA_GA3252 - 253

25
```

```
1        E X H I B I T   I N D E X   C O N T I N U E D

2

3      EXHIBIT 4                              80

4      Court Ordered 2-Page Letter of Numbered

5      Claims

6      EXHIBIT 5                              223

7      George J. Austin, esq. (TBA) LinkedIn

8      profile

9      EXHIBIT 6                              230

10     Document, Case Summary

11     EXHIBIT 7                              231

12     Document, Select A Case

13     EXHIBIT 8                              273

14     11-6-2019 message from Elisa

15     Lopez-Minera, TESLA_GA000086 - 095

16     EXHIBIT 9                              281

17     Email, (Question) Re: Security

18     Reminder: Confidentiality

19     TESLA_GA000530 - 533

20

21

22               REQUESTS TO MARK TRANSCRIPT

23

24     TRANSCRIPT MARKED BY MR. KIM           186

25
```

```
1              DEPOSITION OF GEORGE AUSTIN

2                 Monday, August 12, 2024

3                                                          15:57:59

4         VIDEO TECHNICIAN:  Here begins the              15:58:01

5  continued deposition of George Jarvis Austin in the    15:58:02

6  matter of George Jarvis Austin versus Tesla Motors,    15:58:05

7  Incorporated, et al, in the United States District     15:58:08

8  Court, Northern District of California, Case Number     15:58:13

9  3:23-cv-00067-AGT.                                      15:58:24

10         Today's date is 8-12-2024.  The time on the    15:58:24

11 video monitor is 15:58 Eastern Standard Time.  The     15:58:29

12 remote videographer for today is Parker Simpson,        15:58:29

13 representing Planet Depos.  All parties of this video   15:58:29

14 deposition are attending remotely.                      15:58:29

15         Would counsel please voice-identify            15:58:29

16 themselves and state whom they represent.               15:58:45

17         MR. KIM:  Timothy Kim on behalf of the         15:58:45

18 defendant Tesla, Inc.                                   15:58:46

19         MR. AUSTIN:  And George Jarvis Austin,          15:58:48

20 plaintiff, self represented.                            15:58:50

21         VIDEO TECHNICIAN:  The court reporter today     15:58:53

22 is Alison Webster, representing Planet Depos.  The      15:58:53

23 witness will now be sworn.                              15:59:47

24         STENOGRAPHER:  The attorneys and Mr. Austin    15:59:47

25 are participating in this deposition, and Mr. Austin
```

1    has verified the spelling of his first and last name.

2            In lieu of an oath administered in person,

3    the witness will visually affirm his testimony in this

4    matter is under penalty of perjury.

5            The parties and their counsel consent to

6    this arrangement and waive any objections to this

7    manner of reporting or admissibility of the

8    transcript.

9            If there are any objections to proceeding

10   in this manner by any party, please state so now.

11           Hearing no objections, Mr. Austin, would

12   you please raise your right hand.

13           Do you swear or affirm the testimony you

14   are about to give in this matter will be the truth,

15   the whole truth, and nothing but the truth?

16           MR. AUSTIN:  Correct.  Yes, I do, as I did

17   in the docket and the previous deposition as well.

18           STENOGRAPHER:  Thank you.

19           You may proceed.

20           MR. KIM:  Okay.  Good afternoon,                15:59:48

21   Mr. Austin.                                             15:59:50

22           THE WITNESS:  Good afternoon.                   15:59:52

23               GEORGE AUSTIN,                               15:59:52

24   was thereupon called as a witness herein, and after    15:59:52

25   having first been duly sworn to testify to the truth,  15:59:52

| | | | |
|---|---|---|---|
| 1 | | So earlier you were testifying about | 17:37:51 |
| 2 | | complaints that you had made related to FLSA | 17:37:53 |
| 3 | | violations; is that correct? | 17:37:56 |
| 4 | A. | Right. | 17:37:58 |
| 5 | Q. | And you referred to at least one meeting when you | 17:37:58 |
| 6 | | conveyed these concerns to Mr. Woodard; is that right? | 17:38:04 |
| 7 | A. | That's correct. | 17:38:06 |
| 8 | Q. | Do you recall how many meetings that you had with | 17:38:07 |
| 9 | | Mr. Woodard about the subject? | 17:38:11 |
| 10 | A. | Well, I only had one meeting with him period. So the | 17:38:14 |
| 11 | | first time I met him was the only time I met him. We | 17:38:16 |
| 12 | | spoke on the -- on the -- via email a few times back | 17:38:20 |
| 13 | | and forth leading up to the conversation, and in that | 17:38:23 |
| 14 | | that's when you see me cc'ing other people because I | 17:38:26 |
| 15 | | already had made formal complaints about the FLSA and | 17:38:29 |
| 16 | | the state labor code violations that we were | 17:38:34 |
| 17 | | concerned about and that I wanted to get fixed. And | 17:38:39 |
| 18 | | so by the time it got escalated to HR officer | 17:38:41 |
| 19 | | Woodard, senior HR officer Woodard, it had already | 17:38:46 |
| 20 | | been discussed, rehashed, tried to figure out a way | 17:38:49 |
| 21 | | to do it. | 17:38:53 |
| 22 | | And they had the capability. Mark had the | 17:38:53 |
| 23 | | capability. Said he handed it over to Mr. Mendiola. | 17:38:58 |
| 24 | | And neither one of them corrected the -- the | 17:39:02 |
| 25 | | recordkeeping, labor code recordkeeping issues. And | 17:39:06 |

| | | | |
|---|---|---|---|
| 1 | | so when it got escalated to Mr. Woodard, that was the | 17:39:08 |
| 2 | | only time I dealt with him. | 17:39:11 |
| 3 | Q. | Okay. | 17:39:14 |
| 4 | A. | So yeah. | 17:39:15 |
| 5 | Q. | Okay.  Well, we'll work backwards. | 17:39:15 |
| 6 | A. | Okay. | 17:39:15 |
| 7 | Q. | So we'll start with Mr. Woodard's meeting and then | 17:39:17 |
| 8 | | we'll kind of work our way backwards.  So tell me what | 17:39:19 |
| 9 | | you remember about that meeting with Mr. Woodard? | 17:39:23 |
| 10 | A. | So it was -- so when -- the first thing, it was weird | 17:39:26 |
| 11 | | how it happened.  So I had been communicating with | 17:39:29 |
| 12 | | him, and I -- I had personally went out of my way to | 17:39:35 |
| 13 | | escalate it. | 17:39:37 |
| 14 | | There was another context where other | 17:39:38 |
| 15 | | leadership had suggested for me to go in for, you | 17:39:39 |
| 16 | | know, a higher position going for promotion, and so | 17:39:44 |
| 17 | | it was a very positive kind of conversation about why | 17:39:48 |
| 18 | | I was going to talk to HR in the first place. | 17:39:51 |
| 19 | | When the -- when the issue didn't get | 17:39:56 |
| 20 | | resolved at the lowest level possible for the labor | 17:39:57 |
| 21 | | code stuff, then that became part of the escalation | 17:40:00 |
| 22 | | conversation to Mr. Woodard, but initially I was | 17:40:03 |
| 23 | | thinking it was going to be solved at the lower level. | 17:40:06 |
| 24 | | So when I met with Mr. Woodard, it became weird | 17:40:08 |
| 25 | | because the -- my immediate supervisor started acting | 17:40:12 |

| | | |
|---|---|---|
| 1 | like it was kind of a weird, you know, kind of thing. | 17:40:17 |
| 2 | And I let Mr. Woodard know, I said, they're | 17:40:24 |
| 3 | acting kind of weird, is there stuff going on?  And | 17:40:24 |
| 4 | when I met with him he said, no, there's nothing going | 17:40:26 |
| 5 | on, there's nothing that you did wrong.  He even said, | 17:40:29 |
| 6 | They're acting weird, not you.  So he -- Mr. Woodard | 17:40:32 |
| 7 | put the onus of responsibility and said, I don't know | 17:40:35 |
| 8 | why they're acting strange like that. | 17:40:37 |
| 9 | I said, am I in trouble for something?  Is | 17:40:39 |
| 10 | this any kind of disciplinary thing?  He said, nothing | 17:40:41 |
| 11 | like that at all, we're just here to address your | 17:40:45 |
| 12 | issues.  And you see the conversation leading up in | 17:40:47 |
| 13 | email, that's what he said as well. | 17:40:49 |
| 14 | And so when I met with him, I was using -- | 17:40:51 |
| 15 | he asked me, so what are your concerns?  We talked | 17:40:52 |
| 16 | through the concerns.  We talked through -- I focused | 17:40:55 |
| 17 | the conversation on the things that I thought I | 17:40:58 |
| 18 | could -- you know, were easy to say, here's a problem, | 17:40:59 |
| 19 | here's a problem, here's a problem, let's fix it like | 17:41:03 |
| 20 | this and boom, boom, boom. | 17:41:05 |
| 21 | So some of it -- and I let him know that I | 17:41:06 |
| 22 | was also injured and I had been injured for the last, | 17:41:09 |
| 23 | you know, 40 days or whatever, in the context.  So | 17:41:12 |
| 24 | when I ended the meeting, he ordered me to go -- or | 17:41:14 |
| 25 | asked me to go, but it was kind of ordered too, to go | 17:41:17 |

| | |
|---|---|
| 1 | to the Tesla health clinic and then take the rest of | 17:41:20 |
| 2 | the day off because he said I shouldn't have to deal | 17:41:24 |
| 3 | with that. | 17:41:26 |
| 4 | So what he was talking about partly was the | 17:41:26 |
| 5 | way I was being treated differently.  I had asked for | 17:41:28 |
| 6 | my personnel file.  The only reason I asked about it | 17:41:31 |
| 7 | was because the information -- I could tell there was | 17:41:34 |
| 8 | a disconnect some kind of way with the information I | 17:41:37 |
| 9 | was presenting, and I was asking for, and how they | 17:41:40 |
| 10 | responded. | 17:41:40 |
| 11 | So I would say, hey, I'm seeing an error on | 17:41:42 |
| 12 | my end on Kronos, and I know that management had a | 17:41:44 |
| 13 | different presentation where they can make, like, | 17:41:46 |
| 14 | backend notes and say, this is excused, this is not | 17:41:49 |
| 15 | excused, this is what's going on. | 17:41:53 |
| 16 | And so I was saying, hey, this hasn't been | 17:41:54 |
| 17 | corrected, I want to make sure that I don't have | 17:41:54 |
| 18 | anything because they're showing, like, the first -- | 17:41:56 |
| 19 | like, the big ones, the first couple days it showed | 17:41:58 |
| 20 | that I missed and I was there for training.  But for | 17:42:00 |
| 21 | that reason, in Kronos, for some reason it didn't | 17:42:03 |
| 22 | represent that. | 17:42:03 |
| 23 | So I was going point by point with them. | 17:42:05 |
| 24 | All that conversation is somewhat memorialized with | 17:42:07 |
| 25 | the information you provided.  And so when I came to | 17:42:10 |

1    Vince and I told him about that, I said -- because --      17:42:13

2    I got to put a pause.                                      17:42:16

3            At the very beginning of training, the             17:42:17

4    first thing they said is, attendance is everything.        17:42:18

5    You know, if you're -- if you can't be on time and you     17:42:21

6    don't work hard, you're not going to do well.  So I        17:42:24

7    took it as seriously as they told me to take it.           17:42:27

8            And so, you know, attendance, I'm like,            17:42:29

9    hey, I've been here early every day, I've been making      17:42:32

10   sure I'm on time all the time, I'm doing all -- I'm        17:42:34

11   paying this -- the attention you told me to pay            17:42:37

12   attention to because you said the future here depends      17:42:39

13   on that.  So I take it as seriously as they tell me        17:42:41

14   to.  When I brought it forward to him, he said, okay,      17:42:44

15   cool, we need to do this, we'll get this fixed, and        17:42:47

16   then we'll get it back to you.  Right?                     17:42:49

17           All right.  It was supposed to be, you            17:42:51

18   know, where they did the investigation, they get it --     17:42:53

19   they get it corrected and then they give me the report     17:42:56

20   as the person who brings forth the complaints.  There      17:42:57

21   was nobody there who brought a complaint forward about     17:43:00

22   me.                                                        17:43:03

23           When I came into the meeting, I asked -- I        17:43:03

24   said, is it okay for me to take notes?  He said, yes.      17:43:05

25   I had pen -- I had written notes down that I was           17:43:08

```
1   taking right in front of him.  We were going back and     17:43:09
2   forth in the conversation.  And that was it.               17:43:12
3           And at the end, he said, take the rest of          17:43:15
4   the day off, go visit, you know -- I mean, go check in     17:43:17
5   with the Tesla health clinic, and then we'll get --        17:43:21
6   we'll send you the followup and go forward.                17:43:25
7           So when I came in, that's why I was                17:43:27
8   surprised because I had been using the facilities for      17:43:29
9   a whole bunch of other stuff.  I came in to use the        17:43:31
10  facilities and my badge was deactivated, which            17:43:34
11  completely blindsided me because not only was the         17:43:38
12  meeting, you know, limited to stuff that I thought was    17:43:40
13  tangible and easy to correct from their perspective       17:43:42
14  and within the personnel guidelines that's what I'm       17:43:46
15  supposed to do.  You know what I mean?                     17:43:48
16          But I -- I did it in a way where I didn't          17:43:50
17  try to make somebody a bad guy.  I didn't try to --       17:43:52
18  you know, I tried to depersonalize it as much as          17:43:55
19  possible where I made the issue about the issue and       17:43:59
20  not about a bunch of -- you know what I mean -- going      17:44:02
21  in there and badmouthing people.  I came in a good        17:44:04
22  spirit and he was in a good spirit.                        17:44:06
23          So if you notice, the first email that I           17:44:08
24  sent back to him it was like, thank you, it was great     17:44:11
25  meeting you, in a positive manner.  You know, I was --    17:44:12
```

| | | | |
|---|---|---|---|
| 1 | | I was -- I was feeling good like, oh, finally this | 17:44:14 |
| 2 | | thing that I been dealing with for however many weeks | 17:44:17 |
| 3 | | is about to be solved.  And then it got worse.  So | 17:44:20 |
| 4 | | that's what I remember from that meeting. | 17:44:22 |
| 5 | Q. | Okay.  So I'm -- I'm focused on your FLSA retaliation | 17:44:26 |
| 6 | | claim. | 17:44:29 |
| 7 | A. | Uh-huh. | 17:44:29 |
| 8 | Q. | So if you can remember from the two-pager that we | 17:44:30 |
| 9 | | showed you, that that was your first cause of action. | 17:44:34 |
| 10 | | So one of the key elements that I need to find out | 17:44:37 |
| 11 | | from you is what are the actual violations of the FLSA | 17:44:42 |
| 12 | | that you complained about to Tesla? | 17:44:48 |
| 13 | | I think you sort of referred to them just | 17:44:51 |
| 14 | | now in regards to your meeting with Mr. Woodard, but | 17:44:54 |
| 15 | | could you just list them for me, like the actual | 17:44:58 |
| 16 | | violations you believe that you reported to | 17:45:03 |
| 17 | | Mr. Woodard in that meeting? | 17:45:06 |
| 18 | A. | Sure.  So the primary thing was, it was inaccurate | 17:45:07 |
| 19 | | recordkeeping.  So the timekeeping was wrong, and it | 17:45:10 |
| 20 | | was -- it was provably wrong.  You know, demonstrably | 17:45:13 |
| 21 | | wrong. | 17:45:16 |
| 22 | | And so I had dealt with Jose first, and you | 17:45:17 |
| 23 | | see the chain of emails where I'm listing out specific | 17:45:20 |
| 24 | | dates and I'm saying, this is wrong, this is wrong, | 17:45:23 |
| 25 | | can you correct this.  And then he wrote in red, | 17:45:25 |

| | | |
|---|---|---|
| 1 | saying, here's what we'll do to fix this and blah, | 17:45:28 |
| 2 | blah, blah. Some of them, he asked to follow up. And | 17:45:31 |
| 3 | then I did a followup after that with him as well. | 17:45:33 |
| 4 | But there's a bunch of things where he | 17:45:35 |
| 5 | said, this should be fixed. It never happened between | 17:45:38 |
| 6 | then. From the conversation with Jose to the | 17:45:40 |
| 7 | conversation with Mr. Woodard, is they weren't fixed. | 17:45:43 |
| 8 | He said he was looking at them. If you look at Jose's | 17:45:45 |
| 9 | language, he said, I'm working on them right now. | 17:45:48 |
| 10 | They never got fixed. | 17:45:51 |
| 11 | So when I went into HR, Mr. Woodard's | 17:45:52 |
| 12 | office, it was to get those things fixed and to | 17:45:56 |
| 13 | address some of the other things that had come up in | 17:45:58 |
| 14 | the -- in the -- in the interim period, but it was | 17:46:01 |
| 15 | primarily the things that were complained about | 17:46:03 |
| 16 | already, documented, and that had not been corrected | 17:46:05 |
| 17 | yet. | 17:46:07 |
| 18 | Q.  Okay. Got it. | 17:46:08 |
| 19 | A.  And -- and -- and the only reason I -- I have to say | 17:46:09 |
| 20 | this. The only reason I took it that seriously is | 17:46:12 |
| 21 | because Tesla told me to take it that seriously. | 17:46:15 |
| 22 | They were saying, you know, your future -- and, you | 17:46:18 |
| 23 | know, that goes to any kind of performance stuff as | 17:46:20 |
| 24 | well as promotion stuff, is -- is tethered to your | 17:46:25 |
| 25 | attendance and you're -- and -- and so I'm looking -- | 17:46:31 |

1    every time I badge in and I look at myself I'm like,        17:46:34
2    man, I have a bunch of red marks that is not supposed       17:46:35
3    to be there.
4            It's like, you know, you got an A paper on
5    your -- on your test but it's saying C.  And I'm
6    like, hey, when are you going to update the -- the
7    academic profile here?  They say, oh, yeah, we know
8    you're good.  And it's like, no, but I want to see
9    that A.  I see a C right now on my end.  You might
10   know it's an A, but I'm seeing a C.  I'm not          17:46:52
11   comfortable with that because you're telling me if I  17:46:54
12   don't get an A or I don't get a B, I don't get these  17:46:56
13   opportunities afterwards.                             17:47:00
14           So they're telling me to be comfortable       17:47:01
15   with something that they themselves said is important 17:47:03
16   and would be a negative.  Or on the alternative, if   17:47:08
17   they fix it, it would be a positive.  And so my -- my 17:47:08
18   level of importance that I'm putting on this is on    17:47:10
19   the language and the way they instructed me to do     17:47:11
20   from the very first day they trained me.  So that's   17:47:14
21   where it's coming from.                               17:47:16
22   Q.  Okay.  Okay.  And you mentioned -- I'm looking at the  17:47:18
23   language here.  You said there were some other things 17:47:28
24   that had been going on in the interim that you also   17:47:28
25   talked to Mr. Woodard about.  What were those things? 17:47:30

```
 1   A.   Yeah, so some of them were communication stuff.  So,     17:47:35
 2        like, some -- like I would say they told -- well, I      17:47:42
 3        told them -- first of all, they told me they would       17:47:46
 4        fix this, and they didn't, so, you know, some of that    17:47:47
 5        is deceit that I'm complaining about where you tell      17:47:49
 6        me -- you gave me your word that you were going to do    17:47:51
 7        this, but you didn't.                                    17:47:52
 8                 The other stuff is the injury related just      17:47:53
 9        -- alerting him that -- you know, I had asked for my     17:47:56
10        injury records, and they -- I think Mark and -- and     17:48:01
11        Mr. Mendiola, they both lied.  Right?  So he told me    17:48:09
12        that those were private records and I was like, that    17:48:13
13        can't be private because I'm the patient.  I'm          17:48:19
14        supposed to have access to all that stuff.  And I'm     17:48:21
15        also entitled to the injury reports that you give to    17:48:23
16        ownership.                                               17:48:26
17                 So I need to know that because it's --          17:48:27
18        it's not getting -- it's not healing as fast as I'm     17:48:29
19        expecting it to heal.  I'm still feeling a lot of       17:48:31
20        pain.  I'm thinking it's going to be like a quick two   17:48:34
21        weeks and then I'm going to be back to normal, being    17:48:36
22        able to play basketball and do all the things I         17:48:39
23        normally do, and the pain is not going away and it's    17:48:43
24        getting worse.                                           17:48:46
25                 And so when I'm sitting down I'm able to        17:48:46
```

| | | |
|---|---|---|
| 1 | tolerate the pain, which is what the reports show. | 17:48:48 |
| 2 | You know, the pain level in a sitting position, in an | 17:48:51 |
| 3 | elevated position, is fairly low, but when I'm | 17:48:53 |
| 4 | standing on it the pain level is extremely high.  You | 17:48:55 |
| 5 | know, I can't last longer than 15, 20 minutes without | 17:48:57 |
| 6 | feeling sharp pains everywhere. | 17:49:00 |
| 7 | So I've been going back and forth with the | 17:49:01 |
| 8 | Tesla medical staff, and they've been -- you know, | 17:49:03 |
| 9 | they've been ordering tests and I've been going | 17:49:05 |
| 10 | trying to figure out they -- you know, they're giving | 17:49:08 |
| 11 | me the basic stuff about, you know, rest, | 17:49:09 |
| 12 | compression, ice, elevation, and I'm doing all the | 17:49:11 |
| 13 | things, and I have a modified work schedule, but | 17:49:15 |
| 14 | they're not giving me the information I need to do so | 17:49:17 |
| 15 | that I can go forward if I need to, you know, get | 17:49:20 |
| 16 | some extra care, if I need to figure out what's going | 17:49:23 |
| 17 | to do if I'm -- you know, other medical. | 17:49:26 |
| 18 | You know, people say they're not telling | 17:49:28 |
| 19 | the truth, you got -- you tore a ligament or | 17:49:29 |
| 20 | something, you know, I need to know that.  But I'm | 17:49:31 |
| 21 | not getting the proper collaborative work environment | 17:49:35 |
| 22 | that an ADA situation is supposed to do. | 17:49:37 |
| 23 | Now I am getting -- the one good thing I | 17:49:40 |
| 24 | was getting was that I had a modified work schedule. | 17:49:43 |
| 25 | So I give them credit for that.  Because what they did | 17:49:45 |

| | | |
|---|---|---|
| 1 | is they say, we recognize that you're injured.  You | 17:49:48 |
| 2 | can sit down for the majority -- so that we had a | 17:49:50 |
| 3 | modified rotation for all the different locations that | 17:49:51 |
| 4 | I was placed at for that time period were locations | 17:49:53 |
| 5 | where you can sit for the majority of the time. | 17:49:57 |
| 6 |         So that was a good thing that they did | 17:49:59 |
| 7 | because they knew I was injured and they knew what was | 17:50:01 |
| 8 | going on, and we had back-and-forth communications | 17:50:03 |
| 9 | throughout the time I was there.  But the bad part | 17:50:07 |
| 10 | was -- is, like, yo, the information I need you're not | 17:50:09 |
| 11 | providing me so that I can make good choices and get | 17:50:10 |
| 12 | better as fast as I can because I don't want to be | 17:50:13 |
| 13 | injured any more than you want me to be. | 17:50:13 |
| 14 |         You know what I mean?  Nobody wants to be | 17:50:16 |
| 15 | injured.  So but I need the information so that I can | 17:50:17 |
| 16 | take the proper steps and precautions so that I can | 17:50:21 |
| 17 | put myself in the best position to be. | 17:50:23 |
| 18 |         So when they lied about it, I also reported | 17:50:24 |
| 19 | that too.  I said -- I asked for my medical records, | 17:50:27 |
| 20 | and I wasn't given that.  I asked for the reports, I | 17:50:30 |
| 21 | wasn't given that.  And, you know, blase blah.  And -- | 17:50:33 |
| 22 | and, you know, when I -- when I -- all of that | 17:50:35 |
| 23 | combined is what he was responding to when he said, | 17:50:36 |
| 24 | you shouldn't have to take this.  Take the rest of the | 17:50:38 |
| 25 | day off and go to the medical clinic. | 17:50:40 |

| | | | |
|---|---|---|---|
| 1 | Q. | Okay.  Got it.  Anything else -- | 17:50:44 |
| 2 | A. | I think that's the -- | 17:50:44 |
| 3 | Q. | -- that you were talk -- you talked about with | 17:50:46 |
| 4 | | Mr. Woodard? | 17:50:48 |
| 5 | | Go ahead.  Sorry.  I didn't meant to cut | 17:50:48 |
| 6 | | you off. | 17:50:50 |
| 7 | A. | Oh, no, I didn't -- no, I cut you off.  Go ahead. | 17:50:50 |
| 8 | Q. | Yeah, yeah.  Anything else other than these additional | 17:50:51 |
| 9 | | issues that you brought up?  The -- you said the lack | 17:50:56 |
| 10 | | of communication and the fact that you weren't able to | 17:50:59 |
| 11 | | get these medical records and reports.  Was there | 17:51:03 |
| 12 | | anything else that you brought to Mr. Woodard's | 17:51:05 |
| 13 | | attention during this meeting? | 17:51:08 |
| 14 | A. | Yeah, that they weren't being honest about it. | 17:51:09 |
| 15 | Q. | Yeah. | 17:51:09 |
| 16 | A. | So I was asking -- you know, they -- they said they | 17:51:11 |
| 17 | | were going to make a change for the Kronos where I | 17:51:12 |
| 18 | | was -- they knew I was here, they knew I was on time. | 17:51:14 |
| 19 | | They knew the system, for whatever reason, had a | 17:51:17 |
| 20 | | glitch in it or there were some errors and they were | 17:51:20 |
| 21 | | going to change it, and he said he was working on it, | 17:51:22 |
| 22 | | he didn't make the change. | 17:51:25 |
| 23 | | So I was reporting that -- so it was not | 17:51:27 |
| 24 | | just that there was a recordkeeping error, I was | 17:51:27 |
| 25 | | reporting that they said they were going to make the | 17:51:30 |

| | |
|---|---|
| 1 | change and they didn't make the change, which is why | 17:51:33 |
| 2 | I need to escalate it to you. | 17:51:35 |
| 3 | They also said -- when I was saying that I | 17:51:37 |
| 4 | complained and said they told me it was -- it was the | 17:51:39 |
| 5 | secret to tell me that it was -- that my own patient | 17:51:41 |
| 6 | records were somehow privacy protected from me, when | 17:51:43 |
| 7 | I'm the patient for a physical injury. | 17:51:49 |
| 8 | And I also need to report because I don't | 17:51:53 |
| 9 | need just, you know, what the -- what the injury | 17:51:55 |
| 10 | reports say from the medical staff, but I need what | 17:51:57 |
| 11 | Tesla is telling them. So let's say I have to go get | 17:51:59 |
| 12 | some other kind of care and help that requires some | 17:52:02 |
| 13 | kind of -- I need all that information so that I can | 17:52:04 |
| 14 | go forward and I know what's happening. | 17:52:06 |
| 15 | They -- they were not willing to provide | 17:52:08 |
| 16 | it and they were telling me stuff that wasn't true, | 17:52:10 |
| 17 | so I reported that as well. And then I also reported | 17:52:12 |
| 18 | that I had asked for my personnel file because it | 17:52:14 |
| 19 | started -- when I -- when I saw kind of the | 17:52:16 |
| 20 | connective tissue I was like, okay, they're not -- | 17:52:18 |
| 21 | they're not doing what's going on with the labor code | 17:52:21 |
| 22 | here, they're not doing what's going on with the -- | 17:52:23 |
| 23 | with the other stuff, the injury, the OSHA stuff. I | 17:52:26 |
| 24 | started asking for my personnel file as well. | 17:52:28 |
| 25 | So when I -- by the time I escalated it, I | 17:52:30 |

| | | |
|---|---|---|
| 1 | had been asking for a while.  It was already due | 17:52:33 |
| 2 | December.  And so when I escalated it, I -- that was | 17:52:35 |
| 3 | also part of the ask and part of the complaint, it's | 17:52:38 |
| 4 | to say I want my personnel file because he showed me | 17:52:40 |
| 5 | my positive notes. | 17:52:43 |
| 6 | He showed me, you know, the -- the good | 17:52:43 |
| 7 | things that were being said, the positive way I was | 17:52:45 |
| 8 | received, but their behavior, especially when that | 17:52:49 |
| 9 | immediate shift happened where it was kind of weird | 17:52:52 |
| 10 | and I was saying, why are they acting like this, and | 17:52:54 |
| 11 | he -- he said, they're acting weird, I asked him also | 17:52:57 |
| 12 | for the personnel file because I wanted documents to | 17:53:00 |
| 13 | understand like -- | 17:53:02 |
| 14 | In case something weird happened -- I | 17:53:03 |
| 15 | wasn't thinking that it was going to end like that or | 17:53:04 |
| 16 | they were going to react like that afterwards, but I | 17:53:07 |
| 17 | was just trying to understand the full context of it | 17:53:09 |
| 18 | to get all the information I needed so that I could | 17:53:11 |
| 19 | be proactive in solving the issues that I was dealing | 17:53:14 |
| 20 | with. | 17:53:16 |
| 21 | So those were the -- the, you know, | 17:53:17 |
| 22 | primary points that I brought to the table at that | 17:53:17 |
| 23 | time.  But I was expecting there would be a followup, | 17:53:19 |
| 24 | not that that would be the last conversation. | 17:53:22 |
| 25 | Q.  Were there any other points that you remember bringing | 17:53:24 |

| | | | |
|---|---|---|---|
| 1 | | up to Mr. Woodard's attention that you can recall | 17:53:27 |
| 2 | | right now? | 17:53:31 |
| 3 | A. | Those -- those are the most relevant ones.  And I | 17:53:32 |
| 4 | | will -- I'll -- I'll review that as well, and if | 17:53:35 |
| 5 | | there's some other stuff, I -- I can bring you that | 17:53:37 |
| 6 | | in the future as well. | 17:53:39 |
| 7 | Q. | Okay.  But at this time, these are the ones that you | 17:53:39 |
| 8 | | can recall.  Correct? | 17:53:42 |
| 9 | A. | Those are the most important ones, yeah, I would say. | 17:53:43 |
| 10 | Q. | Okay.  Yeah, I'm sorry, not the most important ones. | 17:53:45 |
| 11 | | I just mean the ones that you can actually remember. | 17:53:48 |
| 12 | A. | Yeah, yeah, yeah. | 17:53:50 |
| 13 | Q. | Okay. | 17:53:51 |
| 14 | A. | Because, I mean, I might -- we might have had small | 17:53:51 |
| 15 | | talk at the beginning where I said, hey, how's your | 17:53:53 |
| 16 | | day, how you doing.  You know what I mean? | 17:53:55 |
| 17 | Q. | Yeah. | 17:53:55 |
| 18 | A. | So I'm not -- I'm not bringing up all the little | 17:53:56 |
| 19 | | small talky stuff. | 17:53:58 |
| 20 | Q. | Got it.  Got it.  Okay. | 17:53:58 |
| 21 | A. | But the main points, yeah. | 17:54:00 |
| 22 | Q. | Good.  So other than Mr. Woodard, did you make | 17:54:01 |
| 23 | | complaints or raise issues regarding FLSA violations | 17:54:07 |
| 24 | | with anybody else? | 17:54:12 |
| 25 | A. | Yes, Jose, Mark, which is his supervisor.  There's | 17:54:14 |

| | | |
|---|---|---|
| 1 | | a -- there's a email where I escalated it up the | 17:54:22 |
| 2 | | chain.  I included Bert, but I think he had already | 17:54:25 |
| 3 | | moved on, so his emails were getting forwarded to | 17:54:29 |
| 4 | | somebody else.  He was -- he was initially the | 17:54:32 |
| 5 | | vice -- he was the head of the production department. | 17:54:35 |
| 6 | | So the head of -- whoever replaced him as the head | 17:54:38 |
| 7 | | of -- I think it might have been Jerome.  He was -- I | 17:54:42 |
| 8 | | think he was included.  And eventually, after, you | 17:54:44 |
| 9 | | know, I escalated with Vincent Woodard, I escalated | 17:54:47 |
| 10 | | up to Elon Musk as well. | 17:54:52 |
| 11 | Q. | And who is Mark? | 17:54:54 |
| 12 | A. | Mark is Jose's boss. | 17:54:56 |
| 13 | Q. | Do you recall Mark's last name? | 17:54:59 |
| 14 | A. | I do, but it's slipping my mind right now, but | 17:55:00 |
| 15 | | it's -- it's -- it's -- if you look in the email, | 17:55:05 |
| 16 | | there's a Mark that's included, it's him. | 17:55:06 |
| 17 | Q. | Okay.  Okay.  And were you raising the same issues | 17:55:12 |
| 18 | | that you brought up to Mr. Woodard? | 17:55:16 |
| 19 | A. | Yes.  So I start -- I actually started with Mark. | 17:55:17 |
| 20 | | Mark then referred me to Jose.  And there's an email | 17:55:20 |
| 21 | | conversation where I think -- where you -- where you | 17:55:23 |
| 22 | | see there's a red -- where Jose wrote in red that was | 17:55:25 |
| 23 | | kind of like line by line back and forth. | 17:55:29 |
| 24 | | The previous email to that one was Mark | 17:55:31 |
| 25 | | saying, I'm now passing your Kronos access file to | 17:55:33 |

| | | | |
|---|---|---|---|
| 1 | | Jose, so he's going to have the ability to make the | 17:55:38 |
| 2 | | corrections and controls.  I had it previously, now | 17:55:41 |
| 3 | | Jose has it, talk to Jose.  So then I talked to Jose | 17:55:43 |
| 4 | | directly, and that's when we went back and forth to | 17:55:48 |
| 5 | | get it corrected. | 17:55:49 |
| 6 | Q. | Did you ever speak with Mr. Musk or with Mr. Bruggeman | 17:55:50 |
| 7 | | about your FLSA complaints other than including them | 17:55:57 |
| 8 | | on emails? | 17:56:01 |
| 9 | A. | So not -- not -- not specifically.  I didn't -- I | 17:56:02 |
| 10 | | didn't have an opportunity to speak with Mr. Musk | 17:56:05 |
| 11 | | about any of the complaints at all except for | 17:56:09 |
| 12 | | including him on the email, so I never -- I -- I | 17:56:11 |
| 13 | | didn't speak face-to-face with him in that context. | 17:56:13 |
| 14 | | With Mr. -- with Bruggeman, Bert, I -- I | 17:56:17 |
| 15 | | gave him context of where I was and -- and at the | 17:56:21 |
| 16 | | time, when we met initially, it was more of a very | 17:56:26 |
| 17 | | positive -- you know, he was, you know, very praising | 17:56:31 |
| 18 | | and encouraging and saying, you know, all these great | 17:56:41 |
| 19 | | things, and he also said I was too smart for the | 17:56:41 |
| 20 | | department. | 17:56:42 |
| 21 | | And he started making introductions to the | 17:56:42 |
| 22 | | legal department and other -- other folks in | 17:56:45 |
| 23 | | different places where he said, you know, based on | 17:56:46 |
| 24 | | your background and your intelligence and your | 17:56:49 |
| 25 | | character and all that stuff you can do a bunch of | 17:56:51 |

| | | |
|---|---|---|
| 1 | things, so I want you to meet, you know, some | 17:56:53 |
| 2 | different folks in different departments so you can | 17:56:55 |
| 3 | expand your mind out of this -- although it was no | 17:56:57 |
| 4 | disrespect -- he was saying, no disrespect to the | 17:56:58 |
| 5 | department that you're in, but we can utilize | 17:57:01 |
| 6 | different skill sets that you have already in | 17:57:03 |
| 7 | different departments. | 17:57:05 |
| 8 | So when I met him initially, that's how | 17:57:05 |
| 9 | the conversation started with him.  So there was -- | 17:57:08 |
| 10 | there was no, like, negative at that point to come up | 17:57:10 |
| 11 | -- to come out, and I had -- although I noticed some | 17:57:12 |
| 12 | of the issues, I didn't really fully pay attention to | 17:57:15 |
| 13 | how they were planned out until I kept seeing other | 17:57:17 |
| 14 | errors come out. | 17:57:20 |
| 15 | So later on down the line is when I | 17:57:21 |
| 16 | started noticing.  I'm like, hey, man, this is not | 17:57:22 |
| 17 | going away.  I figured like an internal system would | 17:57:24 |
| 18 | have self-corrected it.  So then when I started | 17:57:27 |
| 19 | complaining later on, I included him in the email. | 17:57:29 |
| 20 | And then when we talked outside of it, I gave him | 17:57:31 |
| 21 | some more context to it, and that's when he suggested | 17:57:34 |
| 22 | that I talk to Brandie as well as -- and then Brandie | 17:57:36 |
| 23 | went to Vincent after that. | 17:57:39 |
| 24 | So I gave him a little bit of context when | 17:57:41 |
| 25 | we talked outside of that, but it wasn't necessarily | 17:57:43 |

| | | | |
|---|---|---|---|
| 1 | | the initial conversation or the initial point of the | 17:57:48 |
| 2 | | conversation. | 17:57:51 |
| 3 | Q. | Do you recall an individual named Steve Anderson? | 17:57:51 |
| 4 | A. | Oh, did I say "Mark"? | 17:57:55 |
| 5 | Q. | Yes. | 17:57:57 |
| 6 | A. | I meant to say -- yes.  I -- I don't know why in my | 17:57:57 |
| 7 | | mind he's a Mark.  With the hat -- he had a hat. | 17:58:01 |
| 8 | | But, yes, Steve Anderson is the gentleman I actually | 17:58:04 |
| 9 | | was referring to. | 17:58:07 |
| 10 | Q. | Got it. | 17:58:07 |
| 11 | A. | Yes. | 17:58:07 |
| 12 | Q. | He was the one that Mr. Mendiola reported to. | 17:58:08 |
| 13 | | Correct? | 17:58:13 |
| 14 | A. | Exactly.  I don't know why, in my mind, I associated | 17:58:13 |
| 15 | | him with a Mark, but, yes, Steven. | 17:58:13 |
| 16 | Q. | It's a lot of names.  It's easy to forget. | 17:58:14 |
| 17 | A. | Yes.  Steve Anderson is the correct name, yes. | 17:58:16 |
| 18 | Q. | Okay.  So you had conversations with both Mr. Anderson | 17:58:18 |
| 19 | | and Mr. Mendiola about the issues that you have been | 17:58:21 |
| 20 | | testifying about.  Correct? | 17:58:24 |
| 21 | A. | That's correct.  That's correct. | 17:58:25 |
| 22 | Q. | And did you ever meet with them in person to discuss | 17:58:26 |
| 23 | | these issues? | 17:58:28 |
| 24 | A. | Yes, in person, via email.  Those are the two main | 17:58:29 |
| 25 | | ways, yep. | 17:58:36 |

1    Q.    Do you recall when you spoke with either Mr. Anderson         17:58:37

2          or Mr. Mendiola about these issues?                           17:58:39

3    A.    So as soon as they emerged, I would have informal            17:58:49

4          conversations about stuff because they were the              17:58:52

5          direct people that I dealt with more -- I dealt with          17:58:54

6          Jose mostly, and then I met Mr. Mendiola.  And then I         17:58:57

7          dealt with Mr. Anderson on a more sporadic basis             17:59:03

8          because he was higher up than --                             17:59:08

9                  So he was responsible for more of the AM             17:59:09

10         -- I mean, you know, Tesla structure, so his                 17:59:12

11         responsibility was more than just our unit.  He was          17:59:14

12         above a few other areas as well, from my                     17:59:18

13         understanding.                                               17:59:18

14                 And so I would check in with him as things           17:59:20

15         came up on an informal basis, like the policies              17:59:25

16         recommend to do, but then when it -- when it didn't          17:59:28

17         get resolved and it didn't, then I started                   17:59:31

18         documenting in terms of written conversations more          17:59:33

19         because it started off where I would just ask, hey, I       17:59:36

20         need this; hey, I need that; hey, this is wrong,             17:59:39

21         and -- and they wouldn't -- things would                    17:59:42

22         get criticized.                                              17:59:43

23                 So it triggered me to start writing                  17:59:44

24         everything down, the email version, take notes, what        17:59:47

25         have you, best way to do it, so that that way we have        17:59:50

| | | |
|---|---|---|
| 1 | some kind of written record to go back and say, okay, | 17:59:53 |
| 2 | we said this on this day, did that get fixed.  And a | 17:59:57 |
| 3 | lot of stuff didn't get fixed no matter how much I | 18:00:01 |
| 4 | wrote down, so... | 18:00:03 |
| 5 | Q.  Okay.  And I want to move on to your fourth cause of | 18:00:05 |
| 6 | action, which is -- | 18:00:10 |
| 7 | A.  Uh-huh. | 18:00:11 |
| 8 | Q.  -- a cause of action for personnel records under Labor | 18:00:11 |
| 9 | Code Section 1198.5.  You're familiar with that labor | 18:00:18 |
| 10 | code section.  Right? | 18:00:20 |
| 11 | A.  Personnel file, yes. | 18:00:21 |
| 12 | Q.  Yes.  And you're still -- you still maintain that you | 18:00:22 |
| 13 | are owed these records.  Correct? | 18:00:26 |
| 14 | A.  Oh, for sure.  Correct. | 18:00:28 |
| 15 | Q.  Okay.  What records -- well, how about this.  At some | 18:00:29 |
| 16 | point Tesla did produce to you a significant amount of | 18:00:34 |
| 17 | records related to your work at Tesla during the | 18:00:36 |
| 18 | course of the litigation.  Right? | 18:00:40 |
| 19 | A.  Yes. | 18:00:41 |
| 20 | Q.  And after receiving those records, do you still | 18:00:42 |
| 21 | believe that you are owed additional records under | 18:00:45 |
| 22 | Labor Code Section 1198.5? | 18:00:48 |
| 23 | A.  Yes.  So there's -- so Tesla produced after they were | 18:00:51 |
| 24 | ordered to produce.  Although the general order for | 18:00:55 |
| 25 | the Northern District said that they already had to | 18:00:58 |

```
 1                    CERTIFICATE OF NOTARY

 2     STATE OF MICHIGAN   )

 3                         ) SS

 4     COUNTY OF OAKLAND   )

 5

 6              I, ALISON WEBSTER, certify that the

 7        deposition of GEORGE AUSTIN was taken before me via

 8        videoconference on the date hereinbefore set forth;

 9        that the foregoing questions and answers were

10        recorded by me stenographically and reduced to

11        computer transcription; that this is a true, full,

12        and correct transcript of my stenographic notes so

13        taken; and that I am not related to, nor of counsel

14        to, either party nor interested in the event of

15        this cause.

16

17

18

19        _____

20        ALISON C. WEBSTER, CSR-6266, RPR, RMR, CRR, RDR

21        Notary Public, Oakland County, Michigan

22        My commission expires:  May 1, 2029

23

24

25
```