1  TIMOTHY T. KIM (SBN 314365)
   **TESLA, INC.**
2  31353 Huntwood Avenue
3  Hayward, California 94544
   Telephone:    510 • 737 • 1281
4  timkim@tesla.com

5  *Attorney for Defendant*,
   TESLA, INC.
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | GEORGE JARVIS AUSTIN, | Case No. 3:23-cv-00067-AGT |

12 | Plaintiff, | *Assigned to the Hon. Alex G. Tse; Courtroom A* |

13 | v. | |

14 | TESLA MOTORS, INC. (TESLA, OR TSLA as publicly Traded), et al., | **DEFENDANT TESLA, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S IMPROPER FILINGS** |

15

16 | Defendants. | Date:       October 25, 2024
                    Time:       10:00 AM
17                  Location:   San Francisco Courthouse
                                450 Golden Gate Avenue
18                              15th Floor, Courtroom A
                                San Francisco, CA 94102 |

19

20 *[Filed concurrently with [Proposed] Order]*

21 Complaint Filed:    January 6, 2023
   Trial Date:         None Set

---

1

Case No. 3:23-cv-00067-AGT

DEFENDANT TESLA, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S IMPROPER FILINGS

**TO PLAINTIFF GEORGE AUSTIN:**

NOTICE IS HEREBY GIVEN that on October 25, 2024 at 10:00 A.M., or as soon thereafter as may be heard in the United States District Courthouse, Courtroom A – 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Tesla, Inc. ("Tesla") will, and hereby does, move to strike Plaintiff's improper filings pursuant to the inherent discretionary authority of this Court to manage its docket and address abuse of the judicial process.

The Court should strike all filings that are not motions or pleadings, including, but not limited to Dkt Nos. 8, 15-35, 41-45, 47-48, 50, 52, 55-56, 63-66, 73-75, 77-79, 81, 83, 85, 89-90, 94, 95, 98-101, 104-107, 110, 114, 116-118, 120, 121, 123, 127-133, 134, 136, 139-193, 195, 197, 201-208, 210-213, 221-222, 226.

These voluminous filings are neither motions nor pleadings, and are not authorized by this Court. Accordingly, these filings – which are prejudicial to Tesla – reflect an abuse of the judicial process by Plaintiff. Tesla's motion to strike should be granted.

DATED: September 20, 2024        **TESLA, INC.**

                                 By:   */s/ Timothy T. Kim*
                                       Timothy T. Kim
                                       Attorney for Defendant
                                       TESLA, INC.