| | |
|---|---|
| 1 | TIMOTHY T. KIM (SBN 314365) |
| 2 | **TESLA, INC.**<br>31353 Huntwood Avenue |
| 3 | Hayward, California 94544 |
| 4 | Telephone:     510 • 737 • 1281<br>timkim@tesla.com |
| 5 | *Attorney for Defendant*, |
| 6 | TESLA, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>       Plaintiff,<br><br>    v.<br><br>TESLA MOTORS, INC. (TESLA, OR TSLA as publicly Traded), et al.,<br><br>       Defendants. | Case No. 3:23-cv-00067-AGT<br><br>*Assigned to the Hon. Alex G. Tse; Courtroom A*<br><br>**DEFENDANT TESLA, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO SANCTION TSLA FOR PERJURY, AND SUBORNING PERJURY FALSIFY MATERIAL EVIDENCE AFTER DISCOVERY DEADLINE: TSLA'S 7 ONGOING PER SE ILLEGAL RETALIATORY, DISCRMINATORY, ADVERSE ACTS BASED SOLELY ON RACIST, DEROGATORY, PRE-TEXT, TO HARM MR. AUSTIN, BLOCK FROM INJURY REPORTS, RECORDS, AND PROLONG MR. AUSTIN'S 48 DAY WORKPALCE PHYSICAL INJURY REQUIRING TSLA WORKPLACE ADA ACCOMMODATIONS WILLFULLY, KNOWINGLY, AND PURPOSEFULLY**<br><br>Date:        November 1, 2024<br>Time        10:00 AM<br>Location:   San Francisco Courthouse<br>                450 Golden Gate Avenue<br>                15th Floor, Courtroom A<br>                San Francisco, CA 94102<br><br>Complaint Filed:         January 6, 2023<br>Trial Date:                   None Set |

Defendant Tesla, Inc. ("Tesla") hereby submits its Opposition to Plaintiff's "Motion to Sanction TSLA for PERJURY, AND SUBORNING PERJURY TO CA, US OFFICIALS & TSLA's 7 ongoing per se illegal Retaliatory, Discriminatory, adverse acts based Solely on Racist Derogatory, Pre-Text, to harm Mr. Austin, block from injury reports, records, and prolong Mr. Austin's 48 day workplace physical injury requiring TSLA workplace ADA Accommodations willfully, knowingly, and purposefully (a criminal & civil $1.5 Million dollar violation under CA Labor Code, OSHA)" (the "Motion") (Dkt. 229) and writes to make the following points:

1. It is unclear to Tesla what exactly Plaintiff seeks by way of his Motion and what the grounds for his Motion are. To the best of Tesla's understanding, Plaintiff seeks sanctions under Rule 37 for Tesla's allegedly committing perjury for falsifying required injury reports to state and federal officials. However, Plaintiff has not submitted any evidence, authorities, or relevant details to support his claim for sanctions other than his conclusory statements. Plaintiff's Motion should therefore be denied.

2. Tesla has already produced the documents required by this Court's discovery order and as part of the initial disclosures. Plaintiff has not served any discovery nor sought any depositions from Tesla since that time. Accordingly, there is no basis for Plaintiff to seek sanctions for discovery violations under Rule 37.

3. This Motion is wholly duplicative of the one previously filed by Plaintiff. *See* Dkt. 228-229.

For the foregoing reasons, Plaintiff's Motion should be denied.

DATED: September 20, 2024     **TESLA, INC.**

By: */s/ Timothy T. Kim*
    Timothy T. Kim
    Attorney for Defendant
    TESLA, INC.