TIMOTHY T. KIM (SBN 314365)
**TESLA, INC.**
31353 Huntwood Avenue
Hayward, California 94544
Telephone:   510 • 737 • 1281
timkim@tesla.com

*Attorney for Defendant*,
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TESLA MOTORS, INC. (TESLA, OR TSLA as publicly Traded), et al.,<br><br>　　　　Defendants. | Case No. 3:23-cv-00067-AGT<br><br>*Assigned to the Hon. Alex G. Tse; Courtroom A*<br><br>**DEFENDANT TESLA, INC.'S OPPOSITION TO PLAINTIFF'S LETTER BRIEFS (ECF NOS. 247, 250, 251)**<br><br>Complaint Filed:　　January 6, 2023<br>Trial Date:　　None Set |

1  Defendant Tesla, Inc. ("Tesla") submits this Opposition to Plaintiff's "Letter Briefs" filed
2  under ECF Nos. 247, 250, and 251.  Tesla submits this Opposition in an abundance of caution and
3  to note that Plaintiff's Letter Briefs do not actually relate to any discovery related issues or seek any
4  discovery related relief.  Thus, these briefs are unauthorized, inappropriate, and should be
5  disregarded by this Court.  Tesla otherwise incorporates the points, evidence, and authorities raised
6  in its Motion to Compel Discovery and Deposition Testimony (ECF No. 209) and Motion for
7  Summary Judgment (ECF No. 215) herein.

10  DATED:  October 23, 2024           **TESLA, INC.**

11                                     By:   */s/ Timothy T. Kim*
12                                           Timothy T. Kim
                                             Attorney for Defendant
13                                           TESLA, INC.