TIMOTHY T. KIM (SBN 314365)
**TESLA, INC.**
31353 Huntwood Avenue
Hayward, California 94544
Telephone:   510 • 737 • 1281
timkim@tesla.com

*Attorney for Defendant*,
TESLA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN, | Case No. 3:23-cv-00067-AGT |
| Plaintiff, | *Assigned to the Hon. Alex G. Tse; Courtroom A* |
| v. | **DEFENDANT TESLA, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| TESLA MOTORS, INC. (TESLA, OR TSLA as publicly Traded), et al., | |
| Defendants. | Complaint Filed:   January 6, 2023<br>Trial Date:   None Set |

   Plaintiff George Austin's ("Plaintiff") Motion for Preliminary Injunction should be denied because his Motion seeks inappropriate relief and otherwise fails every requirement for the "extraordinary" outcome of preliminary relief. *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008). By his Motion, Plaintiff seeks two forms of relief. Both forms of relief are inappropriate here. First, Plaintiff seeks an order for the Court to remove the "policy, procedure and conduct" that Defendant Tesla, Inc. ("Tesla") allegedly continues to promulgate in its workplace based on anti-black stereotypes. However, Plaintiff does not work at Tesla – either as a contractor or an employee – and therefore lacks standing to seek relief regarding a workplace that he no longer works at. Second, Plaintiff seeks an order from the Court to prevent Tesla from seeking discovery into areas that he has deemed "private." These issues have already been briefed by the parties as part of Tesla's pending Motion to Compel to Discovery and Deposition Testimony (ECF No. 209) and should not be the subject of a motion for injunctive relief.

   Plaintiff's Motion should nevertheless be denied because it fails every requirement for preliminary injunctive relief. First, Plaintiff cannot show a likelihood of success on the merits. Plaintiff has repeatedly claimed that Tesla "concedes willful ongoing per se illegal conduct." However, Plaintiff has presented no admissible evidence (aside from his own self-serving and conclusory assertions) establish any of the elements of the claims he asserts against Tesla. On the contrary, Tesla has filed a Motion for Summary Judgment (ECF No. 215) precisely because Plaintiff's claims fail as a matter of law and there is no dispute of material fact for a jury to resolve. Second, Plaintiff cannot demonstrate irreparable harm as well. As detailed above, Plaintiff does not work at Tesla and thus, he would not be affected by an order compelling Tesla to change its workplace policies. Moreover, Plaintiff has presented no evidence that he would be harmed by the disclosure of relevant evidence in discovery related to his claims for damages. Accordingly, Plaintiff has not shown that the balance of equity favors him. He will not suffer any harm if the injunction is denied, while Tesla – a company with more than 120,000 employees worldwide – would be significantly impacted by an order compelling it to change its workplace policies. Nor does the public interest favor an injunction, especially given that Plaintiff's claims are specific to him and do not affect members of the public generally.

For the foregoing reasons, Tesla respectfully requests that the Court deny Plaintiff's Motion for a Preliminary Injunction.

DATED: October 24, 2024  **TESLA, INC.**

By: _/s/ Timothy T. Kim_
Timothy T. Kim
Attorney for Defendant
TESLA, INC.