UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TESLA MOTORS, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-00067-AGT<br><br>**ORDER VACATING HEARINGS AND DENYING PRELIMINARY INJUNCTION**<br><br>Re: Dkt. Nos. 214, 245 |

　　　　Defendant filed a motion for summary judgment with a hearing on November 15, 2024. *See* dkt. 214. That motion has been fully briefed. Pursuant to Civil Local Rule 7-1(b), the Court has determined that this matter is appropriate for determination without oral argument. The hearing on November 15, 2024, is hereby vacated.

　　　　While the motion for summary judgment is pending and until the Court issues its written order, the parties may not file any pleadings (or exhibits) unless they first have a reasonable and good faith belief that a document is permitted under the Federal Rules of Civil Procedure and the Civil Local Rules of this Court and the filing is necessary to adjudicate the motion for summary judgment. Failure to comply with this order may be grounds for sanctions and other appropriate relief.

　　　　Finally, plaintiff filed a motion for a preliminary injunction and noticed a hearing on November 22, 2024. *See* dkt. 245. That motion is denied without prejudice in light of the pending summary judgment motion and consistent with this order. The hearing on the

preliminary injunction, set for November 22, 2024, is hereby vacated.

**IT IS SO ORDERED.**

Dated: October 25, 2024

Alex G. Tse
United States Magistrate Judge